IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CASE NO. 2:09-CR-113-WKW |
| | ) | [WO] |
| JAMES STEINER | ) | |

### **ORDER**

Before the court is Defendant James Steiner's *pro se* motion for compassionate release (Doc. # 134), in which Mr. Steiner seeks to modify an imposed term of imprisonment pursuant to 18 U.S.C. § 3582(c)(1)(A)(i). The Government filed a response in opposition. (Doc. # 138.)

Mr. Steiner was convicted based on the jury's verdict finding him guilty of conspiring to commit a carjacking, in violation of 18 U.S.C. § 371, of aiding and abetting a carjacking, in violation of 18 U.S.C. §§ 2119 and 2, and of aiding and abetting the use and carrying of a firearm during and in relation to a crime of violence, in violation of 18 U.S.C. §§ 924(c)(1)(A) and 2. (Doc. # 38.) As a result of his convictions, Mr. Steiner was sentenced to 195 months' imprisonment. (Doc. # 94.) Mr. Steiner's projected release date is May 12, 2023. *See* https://www.bop.gov/ inmateloc/ (last visited Nov. 18, 2020).

Based upon a thorough review of the record, Mr. Steiner has not shown "extraordinary and compelling reasons" warranting his early release from prison. 18

U.S.C. § 3582(c)(1)(A).  He also has not demonstrated that the medical staff at his designated federal correctional institution is unable to provide him adequate medical care for his alleged health condition.  *See* 18 U.S.C. § 3553(a)(2)(D); *see also United States v. Sanchez*, No. 2:17CR337-MHT, 2020 WL 3013515, at *1 (M.D. Ala. June 4, 2020) (denying an inmate's motion for compassionate release in part based on the absence of evidence "that the prison is unable to meet [the inmate's] medical needs" (citing § 3553(a)(2)(D))).  Furthermore, the balancing of the § 3553(a) factors does not favor release.

Accordingly, it is ORDERED that Mr. Steiner's motion for compassionate release (Doc. # 134) is DENIED.

DONE this 20th day of November, 2020.

> /s/ W. Keith Watkins
> UNITED STATES DISTRICT JUDGE